Peter J. Linn, State Bar No. 178697
plinn@bishop-barry.com
Ray Z. Bacerdo, State Bar No. 139221
rbacerdo@bishop-barry.com
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Telephone: (510) 596-0888
Facsimile: (510) 596-0899

Attorneys for Plaintiff
BRIAN ODELL


Gregory C. Cheng, CA Bar No. 226865
gregory.cheng@ogletreedeakins.com
Brooke S. Purcell, CA Bar No. 260058
brooke.purcell@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ODELL,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC. a Delaware corporation, and DOES 1-50, inclusive<br><br>    Defendant. | Case No. 14-cv-00370-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE**<br><br>Complaint Filed: January 26, 2014<br>Trial Date: July 27, 2015 |

Plaintiff Brian Odell ("Plaintiff") and defendant Home Depot U.S.A., Inc. ("Defendant") hereby stipulate through their counsel of record that the above-captioned action be voluntarily dismissed with prejudice, without costs or fees awarded to either party, pursuant to the parties' settlement agreement in this matter.

**IT IS SO STIPULATED, BY AND THROUGH COUNSEL OF RECORD.**

DATED: December 9, 2014     BISHOP | BARRY | DRATH

By: /s/ *Peter J. Linn*
    Peter J. Linn

Attorneys for Plaintiff
BRIAN ODELL

DATED: December 9, 2014     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Gregory C. Cheng*
    Gregory C. Cheng
    Brooke S. Purcell

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

## [PROPOSED] ORDER

Based on the foregoing stipulation between the parties, it is hereby ordered that the above-entitled matter be dismissed with prejudice, without costs or fees awarded to either party.

**IT IS SO ORDERED.**

DATED: 12/9, 2014

_____
The Honorable Richard Seeborg
Judge of the United States District Court

19285839.1